1  Lawrence D, Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Richard Isreal Trejo

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **CENTRAL DISTRICT OF CALIFORNIA**
10

11 | RICHARD ISREAL TREJO,              ) Case No.: 5:15-cv-00159-FFM
                                       )
12 |         Plaintiff,                 ) {PROPOSED} ORDER AWARDING
                                       ) EQUAL ACCESS TO JUSTICE ACT
13 |    vs.                             ) ATTORNEY FEES AND EXPENSES
                                       ) PURSUANT TO 28 U.S.C. § 2412(d)
14 | CAROLYN W. COLVIN, Acting          ) AND COSTS PURSUANT TO 28
   | Commissioner of Social Security,  ) U.S.C. § 1920
15 |                                    )
   |         Defendant                  )
16 |                                    )
                                       )
17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20      IT IS ORDERED that fees and expenses in the amount of $3,200.00 as

21 authorized by 28 U.S.C. § 2412, and no costs as authorized by 28 U.S.C. § 1920,

22 be awarded subject to the terms of the Stipulation.

23 DATE:   February 14, 2017

                              /S/ Frederick F. Mumm
24                        HON. FREDERICK F. MUMM
                         UNITED STATES MAGISTRATE JUDGE
25

26

-1-